IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KEITH HAGER, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:10-0625 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| MR. BULT'S, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Pursuant to 28 U.S.C. § 636(b)(1) (A) and (B), this action is referred to the Honorable John Bryant, Magistrate Judge to hear and determine any pretrial motion, including discovery matters, to conduct any necessary conferences and hearings and to submit a report and recommendation for disposition of any motion filed under Fed. R. Civ. P. 12, 15, 56 and 65.

Therefore, the case management conference set for **Friday, August 20, 2010 is CANCELLED**. Counsel is **ORDERED** to contact Judge Bryant's Court within five days of this Order for a new date and time for a case management conference.

It is so **ORDERED**.

ENTERED this the 29th day of June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge