UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEITH HAGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:10-0625 ) |
| MR. BULT'S, INC., | ) Judge Haynes/Bryant ) |
| Defendant. | ) |

### O R D E R

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 5).

An initial case management conference is set for **Wednesday, August 25, 2010,** at **10:00 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to August 25, 2010.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge