UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEITH HAGER, ) | |
| Plaintiff, ) | |
| v. ) | NO. 3:10-0625 |
| MR. BULT'S, INC., ) | Judge Haynes/Bryant |
| Defendant. ) | |

## **O R D E R**

The parties have filed a Stipulation Of Dismissal With Prejudice (Docket Entry No. 23) of this case. There is nothing remaining to be done by the undersigned in this matter. The Clerk is directed to return this file to the District Judge for his consideration of the stipulation of dismissal.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge